AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of   Columbia

Rodney K. Justin

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

UNITED STATES OF AMERICA
c/o United States Attorney's Office
Attn: Civil Process
501 Third Street, NW
Washington, D.C. 25030

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin, Plaintiff
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

DEC 2 8 2007
DATE

**RECEIVED**

FEB  6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the United States of America by Certified Mail addressed as follows:</u>

United States of America
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 - Certified Mail No <u>7004 2890 0003 6819 6944</u>

United States of America
c/o US Attorney General
Attn: Civil Process
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001 – Certified Mail No. <u>7004 2890 0003 6819 6937</u>

<u>The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney and to the U.S. Attorney General on January 9, 2008 (see United States Postal Service Track and Confirms attached as **Exhibit A** and **Exhibit B**).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$20.00 |

| DECLARATION OF SERVER |
|---|

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on   January 7, 2008       *[signature]*
              Date              Signature of Server

                              Kevin M. Justin
                              425 Virginia Drive
                              <u>Woodleaf, North Carolina 27054</u>
                              Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 6819 6944**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

( < Back )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

EXHIBIT | PAGE |
A |  |



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 6819 6937**  
Status: **Delivered**

Your item was delivered at 4:45 AM on January 9, 2008 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**  
Enter Label/Receipt Number.

[ Go > ]

### Notification Options

**Track & Confirm by email**  
Get current event information or updates for your item sent to you or others by email. [ Go > ]

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---|---|---|
| B | | |