AO440  (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of     **Columbia**

Rodney K. Justin

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

LEANNA JARRELLS, EID:  56-688424
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin
c/o  620 Virginia Drive
Woodleaf, North Carolina [27054

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(BY) DEPUTY CLERK

DEC 2 8 2007

DATE

**RECEIVED**

FEB  **6** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

    _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Leanna Jarrells by Certified Mail addressed as follows:

    Leanna Jarrells ID: 56-688424
    c/o U.S. Attorney's Office
    Attn: Civil Process Clerk
    501 Third Street, NW
    Washington D.C. 20530 – Certified Mail No 7002 3150 0005 1553 3613

    Leanna Jarrells ID: 56-688424
    c/o US Attorney General
    Attn: Civil Process
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001 – Certified Mail No. 7002 3150 0005 1553 3590

    Leanna Jarrells ID: 56-688424
    IRS, SB/SE
    4405 Bland Road
    Raleigh, NC 27609 – Certified Mail No. 7002 3150 0005 1553 3606

    The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney and to the U.S. Attorney General on January 9, 2008 and to Leanna Jarrells on January 10, 2008 (see United States Postal Service Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C**).

## STATEMENT OF SERVICE FEES

| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |
|---|---|---|

## DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  January 7, 2008        _~~Kevin M. Justin~~_____
          Date              Signature of Server

                      Kevin M. Justin
                      425 Virginia Drive
                      Woodleaf, North Carolina 27054_____.
                      Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE®**

Track & Confirm          FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7002 3150 0005 1553 3613**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:55 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | OF |
|---------|------|-----|
| **A** | | |


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3590**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:55 am, WASHINGTON, DC 20022**

( < Back )          ← **Return to USPS.com Home >**          ( Go > )

**Track & Confirm**

Enter Label/Receipt Number.

_____

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

EXHIBIT | PAGE | 

**B**



UNITED STATES
POSTAL SERVICE®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3606**
Status: **Delivered**

Your item was delivered at 11:46 AM on January 10, 2008 in WINSTON
SALEM, NC 27101.

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

EXHIBIT PAGE

𝒞

AO 440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

_____ District of **Columbia** _____

Rodney K. Justin

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

RON BROWN, EID:  56-87768
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in _Pro Se_ (name and address)

Rodney K. Justin
c/o  620 Virginia Drive
Woodleaf, North Carolina [27054

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

**NANCY MAYER-WHITTINGTON**                    FEB   6 2008

CLERK

**DEC 2 8 2007**
DATE

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

    _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Ron Brown by Certified Mail addressed as follows:

    Ron Brown, ID: 56-87768
    c/o U.S. Attorney's Office
    Attn: Civil Process Clerk
    501 Third Street, NW

    Washington D.C. 20530 - Certified Mail No <u>7002 3150 0005 1553 3583</u>

    Ron Brown, ID: 56-87768
    c/o US Attorney General
    Attn: Civil Process
    950 Pennsylvania Avenue, NW

    Washington, D.C. 20530-0001 – Certified Mail No. <u>7002 3150 0005 1553 2593</u>

    Ron Brown, ID: 56-87768
    IRS, SB/SE
    4405 Bland Road
    Raleigh, NC 27609 – Certified Mail No. <u>7002 3150 0005 1553 2654</u>

    <u>The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney and to the U.S. Attorney General on January 9, 2008 and to Ron Brown on or about January 10, 2008 (see United States Postal Service Track and Confirms attached as **Exhibit A, Exhibit B** and **Exhibit C**).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |

| DECLARATION OF SERVER |
|---|

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  <u>January 7, 2008</u>      _~signature~_
        Date               Signature of Server

    Kevin M. Justin
    425 Virginia Drive
    <u>Woodleaf, North Carolina 27054</u>
    Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3583**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | OF |
|---------|------|-----|
| *A* | | |



**UNITED STATES
POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm                                    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 2593**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- Arrival at Unit, January 09, 2008, 2:53 am, WASHINGTON, DC 20022

< Back                        Return to USPS.com Home >

**Track & Confirm**

Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| ẞ |  |  |



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 2654**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

---

Track & Confirm

Enter Label/Receipt Number.

( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

 

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

Postage | $ 505
Certified Fee | 265
Return Receipt Fee (Endorsement Required) | 215
Restricted Delivery Fee (Endorsement Required) |
Total Postage & Fees | $ 985

Postmark Here

Sent To
Ron Brown, ID: 56-87768
Street, Apt. No.; or PO Box No.
IRS, SB/SE
4405 Bland Road
City, State, ZIP+4
Raleigh, NC 27609

7002 3150 0005 1553 2654

PS Form 3800, June 2002          See Reverse for Instructions

---

| EXHIBIT | PAGE | of |
|---------|------|-----|
| C | | |

AO440  (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

_____     **District of**     New Mexico

Rodney K. Justin

         V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

### SUMMONS IN A CIVIL CASE

CASE

> Case: 1:07-cv-02334
> Assigned To : Kennedy, Henry H.
> Assign. Date : 12/28/2007
> Description: Pro se General Civil

TO:

BOBBY MARTENS, Special Agent
Internal Revenue Service, CID
6635 Executive Circle Drive, Suite 180
Charlotte, NC 28212

     **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin
c/o  620 Virginia Drive
Woodleaf, North Carolina [27054

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.     **RECEIVED**

FEB   6 2008

**NANCY MAYER-WHITTINGTON**     **DEC 2 8 2007**     NANCY MAYER-WHITTINGTON, CLERK
                                                    U. S. DISTCOURT
CLERK     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit.  On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Bobby Martens by Certified Mail addressed as follows:</u>

Bobby Martens, Special Agent
c/o U.S. Attorney's Office
Attn:  Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 - Certified Mail No <u>7002 3150 0005 1553 3644</u>

Bobby Martens, Special Agent
c/o US Attorney General
Attn:  Civil Process
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001 – Certified Mail No.  <u>7002 3150 0005 1553 3637</u>

Bobby Martens, Special Agent
Internal Revenue Service, CID
6635 Executive Circle Dr., Ste 180
Charlotte, NC 28212 –  Certified Mail No.  <u>7002 3150 0005 1553 3620</u>

<u>The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney and the U.S. Attorney General on January 9, 2008 and to Bobby Martens on January 11, 2008 (see United States Postal ServiceTrack and Confirms attached as **Exhibit A, Exhibit B and Exhibit C).**</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |

| DECLARATION OF SERVER |
|---|
| *I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*<br><br>Executed on <u>January 7, 2008</u>         _[signature]_<br>           Date          Signature of Server<br><br>        Kevin M. Justin<br>        425 Virginia Drive<br>        <u>Woodleaf, North Carolina 27054</u>        .<br>        Address of Server |

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3644**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

( < *Back* )              ( *Return to USPS.com Home >* )

**Track & Confirm**

Enter Label/Receipt Number.

( *Go >* )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( *Go >* )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

EXHIBIT    PAGE    of

*A*



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3637**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

( < Back )

( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map     Contact Us     Forms     Gov't Services     Jobs     Privacy Policy     Terms of Use     National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA

EXHIBIT | PAGE | of

ℬ


**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3620**
Detailed Results:

- **Delivered, January 11, 2008, 12:33 pm, CHARLOTTE, NC 28262**
- **Processed, January 11, 2008, 9:53 am, CHARLOTTE, NC 28204**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT | PAGE | of

C

AO440  (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of ___Columbia___

Rodney K. Justin

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

DEPARTMENT OF THE TREASURY
Attn:  Civil Process
1500 Pennsylvania Avenue NW
Washington. DC 20220

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin
c/o  620 Virginia Drive
Woodleaf, North Carolina [27054]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

**RECEIVED**

DEC 2 8 2007

FEB  6 /UU8

CLERK

DATE

(By) DEPUTY CLERK

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
|---|---|
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____
_____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Department of the Treasury by Certified Mail addressed as follows:

   Department of the Treasury
   c/o U.S. Attorney's Office
   Attn: Civil Process Clerk
   501 Third Street, NW
   Washington D.C. 20530 - Certified Mail No 7004 2890 0003 6819 6920

   Department of the Treasury c/o US Attorney General
   Attn: Civil Process
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001 – Certified Mail No. 7004 2890 0003 6819 6913

   Department of the Treasury
   Attn: Civil Process
   1500 Pennsylvania Avenue NW
   Washington, DC 20220 – Certified Mail No. 7004 2890 0003 6819 6906

   The United States Postal Sevice delivered the Summons and Complaint to the U.S. Attorney, the U.S. Attorney General and the Department of the Treasury on January 9, 2008 (see United States Postal Sevice Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C).**

## STATEMENT OF SERVICE FEES

| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |
|---|---|---|

## DECLARATION OF SERVER

   *I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on _January 7, 2008_     _Kevin M Justin_
          Date                      Signature of Server

                                 Kevin M. Justin
                                 425 Virginia Drive
                                 Woodleaf, North Carolina 27054
                                 Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE** ®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 2890 0003 6819 6920**
Detailed Results:

- **Delivered, January 09, 2008, 7:42 am, WASHINGTON, DC 20220**
- **Arrival at Unit, January 09, 2008, 2:50 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

---

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT | PAGE | of
*A*



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 2890 0003 6819 6913
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:53 am, WASHINGTON, DC 20022**

( < Back )                ( Return to USPS.com Home > )                ( Go > )

**Track & Confirm**

Enter Label/Receipt Number.

[                              ]

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| EXHIBIT | PAGE | of |
|---------|------|-----|
| *B* | | |


**UNITED STATES**
**POSTAL SERVICE** ®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7004 2890 0003 6819 6906
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                              ]

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT    PAGE    of
C

1/28/2008 2:26 PM

_AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

**District of**    **Columbia**

Rodney K. Justin

### SUMMONS IN A CIVIL CASE

V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

INTERNAL REVENUE SERVICE
Attn: Civil Process
1111 Constitution Avenue NW
Washington. DC 20224

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin, Plaintiff
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 2 8 2007

**RECEIVED**

CLERK

DATE

(BY) DEPUTY CLERK

FEB   6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____
_____

☒ Other (specify): I am over the age of 18 years and not a party to this suit.  On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Internal Revenue Service by Certified Mail addressed as follows:

Internal Revenue Service
c/o U.S. Attorney's Office
Attn:  Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 - Certified Mail No 7004 2890 0003 6819 6890

Internal Revenue Service
c/o US Attorney General
Attn:  Civil Process
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001 – Certified Mail No.  7002 0510 0001 9996 1860

Internal Revenue Service
Attn:  Civil Process
1111 Constitution Ave., N.W.
Washington, DC 20224  –  Certified Mail No.  7002 3150 0005 1553 2777

The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney , the U.S. Attorney General and the Internal Revenue Service on January 9, 2008 (see United  States Postal Service Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C).**

## STATEMENT OF SERVICE FEES

| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |
|---|---|---|

## DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on ___January 7, 2008___          _____
              Date          Signature of Server

                         Kevin M. Justin
                         425 Virginia Drive
                         Woodleaf, North Carolina 27054
                         Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2890 0003 6819 6890**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:53 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT PAGE

*A*


**UNITED STATES POSTAL SERVICE**₈

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 0510 0001 9996 1860**
Detailed Results:

- **Delivered, January 09, 2008, 6:31 am, WASHINGTON, DC 20224**
- **Notice Left, January 09, 2008, 6:26 am, WASHINGTON, DC 20224**
- **Arrival at Unit, January 09, 2008, 6:18 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

---

Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA    

EXHIBIT | PAGE | of

**B**



Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7002 3150 0005 1553 2777
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:53 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA 

EXHIBIT | PAGE | of
C | |

AO440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of    __Columbia__

Rodney K. Justin

      V.

UNITED STATES, a Federal corporation;
DEPARTMENT OF THE TREASURY; the
INTERNAL REVENUE SERVICE; the
DEPARTMENT OF JUSTICE; Title 26 U.S.C.
§ 7201; Title 26 U.S.C. §7203; Title 26 U.S.C.
§ 7851; LEANNA JARRELLS, in her official
capacity; RON BROWN in his official
capacity; BOBBY MARTENS in his official
capacity; and DOES 1 through 5, inclusive;

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

DEPARTMENT OF JUSTICE
Attn:  Civil Process
950 Pennsylvania Avenue NW
Washington. DC 20530-0001

     **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this
summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

FEB  6 2008

NANCY MAYER-WHITTINGTON
CLERK

**DEC 2 8 2007**
DATE

NANCY MAYER WHITTINGTON  CLERK
U.S. DISTRICT COURT

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |
| *Check one box to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

    Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

    _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Department of Justice by Certified Mail addressed as follows:</u>

    Department of Justice
    c/o U.S. Attorney's Office
    Attn: Civil Process Clerk
    501 Third Street, NW
    Washington D.C. 20530 - Certified Mail No <u>7002 3150 0005 1553 2760</u>

    Department of Justice
    c/o US Attorney General
    Attn: Civil Process
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001 – Certified Mail No. <u>7002 3150 0005 1553 3675</u>

    Department of Justice
    Attn: Civil Process
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530-0001 – Certified Mail No. <u>7002 3150 0005 1553 3651</u>

    <u>The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney, the U.S. Attorney General and the Department of Justice on January 9, 2008 (see United States Postal Service Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C**).</u>

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |

| DECLARATION OF SERVER |
|---|

    *I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on __January 7, 2008__      _Kevin M. Justin_____
          Date                 Signature of Server

                       Kevin M. Justin
                       425 Virginia Drive
                       <u>Woodleaf, North Carolina 27054</u>
                       Address of Server

[1] as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 2760**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:50 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT | PAGE | of
**A** | |



**UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3675**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:55 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

B


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 3651**
Detailed Results:

- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:55 am, WASHINGTON, DC 20022**

( < Back )                    ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT    PAGE    of

C