AO 440 (Rev. 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

District of **Columbia**

Rodney K. Justin

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES, a Federal corporation; DEPARTMENT OF THE TREASURY; the INTERNAL REVENUE SERVICE; the DEPARTMENT OF JUSTICE; Title 26 U.S.C. § 7201; Title 26 U.S.C. §7203; Title 26 U.S.C. § 7851; LEANNA JARRELLS, in her official capacity; RON BROWN in his official capacity; BOBBY MARTENS in his official capacity; and DOES 1 through 5, inclusive;

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To : Kennedy, Henry H.
Assign. Date : 12/28/2007
Description: Pro se General Civil

TO:

RON BROWN, EID: 56-87768
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

NANCY MAYER-WHITTINGTON
CLERK

DEC 2 8 2007
DATE

FEB 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of satiable age and discretion then residing therein..

   Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): <u>I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Ron Brown by Certified Mail addressed as follows</u>:

Ron Brown, ID: 56-87768
c/o U.S. Attorney's Office
Attn: Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 - Certified Mail No <u>7002 3150 0005 1553 3583</u>

Ron Brown, ID: 56-87768
c/o US Attorney General
Attn: Civil Process
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001 – Certified Mail No. <u>7002 3150 0005 1553 2593</u>

Ron Brown, ID: 56-87768
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609 – Certified Mail No. <u>7002 3150 0005 1553 2654</u>

The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney and to the U.S. Attorney General on January 9, 2008 and to Ron Brown on or about January 10, 2008 (see United States Postal Service Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C).**

## STATEMENT OF SERVICE FEES

| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |
|---|---|---|

## DECLARATION OF SERVER

*I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.*

Executed on  January 7, 2008  
                    Date                               Signature of Server

Kevin M. Justin
425 Virginia Drive
<u>Woodleaf, North Carolina 27054</u>
Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7002 3150 0005 1553 3583**
Detailed Results:
- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

( < Back )          ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

EXHIBIT: A    PAGE:    of:



Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 3150 0005 1553 2593**
Detailed Results:
- **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 09, 2008, 2:53 am, WASHINGTON, DC 20022**

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )          ( Return to USPS.com Home > )          ( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA**

| EXHIBIT | PAGE | of |
|---------|------|-----|
| B       |      |    |



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7002 3150 0005 1553 2654**

There is no record of this item.

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**

Enter Label/Receipt Number.

(Go >)

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| Postage | $ 5 05 |
| Certified Fee | 2 65 |
| Return Receipt Fee (Endorsement Required) | 2 15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9 85 |

Postmark Here

Sent To: Ron Brown, ID: 56-87768
Street, Apt. No.; or PO Box No.: IRS, SB/SE
                                 4405 Bland Road
City, State, ZIP+4: Raleigh, NC 27609

PS Form 3800, June 2002          See Reverse for Instructions

| EXHIBIT | PAGE | of |
| C | | |