Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]
(704) 278-4359

Plaintiff, in *pro se*

**RECEIVED**

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney K. Justin, A sentient human being, ) | Case No. 1:07-cv-02334-HHK |
| Plaintiff, ) | |
| ) | |
| vs. ) | STATEMENT AND PROOF |
| ) | SERVICE FOR RON BROWN |
| UNITED STATES, ET AL ) | |
| Defendants. ) | |

I, Kevin M. Justin, am not a party to this action and hereby certify that on January 7, 2008, I served Ron Brown, ID: 56-87768, a copy of the Summons and Complaint with Exhibits A through P, by Certified Mail, Receipt No. 7002 3150 0005 1553 2654, addressed to Ron Brown, ID: 56-87768, IRS, SB/SE, 4405 Bland Road, Raleigh, NC 27609, see Summons, Certified Mail Receipt and signed Green Card attached hereto and incorporated herein by reference.

I, Kevin M. Justin, declare under penalty of perjury under the laws of the United States of America that the above statement and proof of service is true and correct.

On this 21 5ᵗ day of February 2008

*/s/ Kevin M. Justin*
Kevin M. Justin
425 Virginia Drive
Woodleaf, North Carolina 27054

ATTACHMENTS

**Exhibit A:** Copy of the Summons and Return of Service to Ron Brown
**Exhibit B:** Certified Mail Receipt for Ron Brown
**Exhibit C:** Green Card for receipts of service for Ron Brown signed on January 10, 2008

## CERTIFICATE OF SERVICE

I further certify that on this *22* day of February 2008, I mailed a copy of the above Statement and Proof of Service to Ron Brown with Exhibits A, B, and C addressed as follows:

Ron Brown, ID: 56-87768
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609
Certified Mail No. 7004 2890 0003 6819 6951

_____
Kevin M. Justin
425 Virginia Drive
Woodleaf, North Carolina 27054

AO 40 (Rev 8/01) Summons in a Civil Case

# UNITED STATES DISTRICT COURT

_____ District of   Columbia _____

Rodney K. Justin

V.

UNITED STATES, a Federal corporation; DEPARTMENT OF THE TREASURY; the INTERNAL REVENUE SERVICE; the DEPARTMENT OF JUSTICE; Title 26 U.S.C. § 7201; Title 26 U.S.C. $7203; Title 26 U.S.C. § 7851; LEANNA JARRELLS, in her official capacity; RON BROWN in his official capacity; BOBBY MARTENS in his official capacity; and DOES 1 through 5, inclusive;

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Case: 1:07-cv-02334
Assigned To . Kennedy, Henry H
Assign. Date . 12/28/2007
Description: Pro se General Civil

TO:

ROW BROWN, EID:  56-87768
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609

**YOU ARE HEREBY** SUMMONED and required to serve on PLAINTIFF, in *Pro Se* (name and address)

Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
CLERK

_/s/_____
(By) DEPUTY CLERK

DEC 2 8 2007
_____
DATE

A  1  5

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>January 7, 2008 |
| NAME OF SERVER (PRINT)<br>**Kevin M. Justin** | TITLE<br>Plaintiff's Brother |

*Check one box to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☒ Other (specify): I am over the age of 18 years and not a party to this suit. On January 7, 2008, I mailed a true and correct copy of the Summons (with all the attachments thereto) and Complaint to the Ron Brown by Certified Mail addressed as follows:

Ron Brown, ID: 56-87768
c/o U.S. Attorney's Office
Attn. Civil Process Clerk
501 Third Street, NW
Washington D.C. 20530 – Certified Mail No <u>7002 3150 0005 1553 3583</u>

Ron Brown, ID: 56-87768
c/o US Attorney General
Attn: Civil Process
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001 – Certified Mail No. <u>7002 3150 0005 1553 3593</u>

Ron Brown, ID: 56-87768
IRS, SB/SE
4405 Bland Road
Raleigh, NC 27609 – Certified Mail No. <u>7002 3150 0005 1553 2654</u>

The United States Postal Service delivered the Summons and Complaint to the U.S. Attorney and to the U.S. Attorney General on January 9, 2008 and to Ron Brown on or about January 10, 2008 (see United States Postal Service Track and Confirms attached as **Exhibit A, Exhibit B and Exhibit C**).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>N/A | SERVICES<br>Certified Mail Postage $10.00 each mailing | TOTAL<br>$30.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 7, 2008                    _[signature]_
                    Date                              Signature of Server

                              Kevin M. Justin
                              325 Virginia Drive
                              Woodleaf, North Carolina 27054
                              Address of Server

(1) as to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

A 2 5

USPS - Track & Confirm                          http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.d


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number  7002 3150 0005 1553 3583
Detailed Results
* **Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530**
* **Arrival at Unit, January 09, 2008, 2:54 am, WASHINGTON, DC 20022**

**Track & Confirm**
Enter Label/Receipt Number

< Back        Return to USPS.com Home >        Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email    Go >

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

A 3 5

1/28/2008 2:45 PM

USPS - Track & Confirm

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.d


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7002 3150 0005 1553 2593**
Detailed Results:

* Delivered, January 09, 2008, 4:45 am, WASHINGTON, DC 20530
* Arrival at Unit, January 09, 2008, 2:53 am, WASHINGTON, DC 20022

**Track & Confirm**
Enter Label/Receipt Number

< Back    Return to USPS.com Home >    Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email    Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

A 4 5

1/28/2008 2:47 PM

USPS - Track & Confirm          http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

**Track & Confirm**          **FAQs**

# Track & Confirm

### Search Results

Label/Receipt Number: 7002 3150 0005 1553 2654

There is no record of this item

**Why Are You Receiving This Message?**

1. Event information may not be available if your item was mailed recently. Please try again later.

2. The number was entered incorrectly. Be sure to enter all of the letters and numbers as they appear on your mailing label or receipt.

**Track & Confirm**

Enter Label/Receipt Number

Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.     No FEAR Act EEO Data     FOIA



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

7002 3150 0005 1553 2654

Postage  $ 5.05
Certified Fee  2.65
Return Receipt Fee (Endorsement Required)  2.15
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 9.85

Sent To: Ron Brown, ID: 56-87768
Street, Apt. No.; or PO Box No.: IRS, SB/SE
4405 Bland Road
City, State, ZIP+4: Raleigh, NC 27609

    

A 5 5

1/28/2008 2:48 PM

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage              $ 5.05
Certified Fee          2.65
Return Receipt Fee     2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 9.85

Sent To    Ron Brown, ID: 56-87768
Street, Apt. No.;  IRS, SB/SE
or PO Box No.  4405 Bland Road
City, State, ZIP+4  Raleigh, NC 27609
```

7002 3150 0005 1553 2654

B.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ron Brown, ID: 56-87768
   IRS, SB/SE
   4405 Bland Road
   Raleigh, NC 27609

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   1/10/08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0005 1553 2654

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ron Brown, ID: 56-87768
   c/o U.S. Attorney
   Attn: Civil Process Clerk
   501 Third Street, NW
   Washington D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JAN 0 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0005 1553 3583

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ron Brown, ID: 56-87768
   c/o US Attorney General
   Dept. of Justice, Civil Division
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   JAN 0 9 2008

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 3150 0005 1553 2593

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540