UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY K. JUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES, et al.,<br><br>    Defendants. | Civil Action 07-02334 (HHK) |

ORDER

Before the court is defendants' motion to dismiss, filed March 10, 2008 [#7]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiff is also referred to Local Rule 7(b) which provides that a party has eleven days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 13th day of March 2008, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before April 11, 2008. If plaintiff fails to file a response or opposition to defendants' motion by this deadline, the court may dismiss his claims against defendants.

                                                               Henry H. Kennedy, Jr.
                                                               United States District Judge