RECEIVED
MAR 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rodney K. Justin, a sentient human being, ) | Civil No. 1:07-cv-02334-HHK |
| Plaintiff, ) | |
| ) | **MANDATORY JUDICIAL NOTICE** |
| Vs. ) | **OF PETITION FOR OVERSIGHT OF** |
| ) | **THIS COURT BY THE UNITED STATES** |
| UNITED STATES, a Federal corporation, et al., ) | **COMMITTEE ON THE JUDICIARY** |
| ) | Fed.R.Evid. 201(d) |
| Defendants. ) | |

**MANDATORY JUDICIAL NOTICE IS HEREBY GIVEN:** that on or about December 20, 2007 Rodney K. Justin, Plaintiff, proceeding on his own behalf, having suffered extreme prejudice and bias from Defendants, their employees, officers and agents and having no confidence in the judiciary, has submitted this case-in-chief for review and oversight by the U.S. Senate Committee on the Judiciary (see Exhibit A attached hereto and incorporated herein by reference).

Rodney K. Justin has suffered a loss of life and liberty and a continued loss of his property because of the intentional misapplication of colorable *prima facie* internal revenue laws. Rodney K Justin has suffered a denial of justice throughout in his dealings with Defendants and has properly moved the Court in his pleadings as a *pro se* litigant. As Thomas Paine eloquently espoused: *"It is the madness of folly to expect mercy from those who have refused to do justice; and even mercy, where conquest is the object, is only a trick of war; the cunning of the fox is as murderous as the violence of the wolf."*

Historically, the courts have consistently and unquestionably revealed their prejudice, bias and favoritism in support of their employer the Defendant, the UNITED STATES Federal corporation, and have proceeded to rubberstamp all positions presented by and favorable to their colleagues, the United States Attorneys.

Because the facts and the law relied on by the Plaintiff appear to have no relevance or place in this Court, and the prejudice is so extreme and obvious, the Plaintiff is forced to seek oversight and intervention to ensure that state Citizens like the Plaintiff do not continue to receive the black eye of injustice and suffer from the abusive hands of judicial predators who have no real interest in being fair, neutral and nonbiased arbitrators – characteristics demanded of the positions for which they were hired. Thus, the past and present collusive and corrupt practices and acts imposed against Rodney K. Justin and his property by numerous officials, officers, agents and employees of the UNITED STATES Federal corporation and its political subdivisions over a span of years have caused the Plaintiff to enter a vote of 'no confidence' in the present judicial system, which is generally unfaithful to the Constitution for the United States of America, seeded with land mines of injustice, and protective of its effort to maintain the institutionalized control it presently has acquired.

**WHEREFORE,** this Court is hereby NOTICED accordingly, that the following attached letters have been submitted to the appropriate parties for the review, oversight and intervention deemed necessary.

Respectfully Submitted.

## VERIFICATION

I, <u>Rodney K. Justin</u>, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1) and under the laws of the United States of America that I believe the above to be true and correct to the best of my knowledge, understanding and belief. All Rights retained without recourse.

On this 24th day of March 2008

                                                        Rodney K. Justin, Plaintiff
                                                        C/o 620 Virginia Drive
                                                Wood leaf, North Carolina [27054]

**ATTACHMENTS:**

**Exhibit A:**    Letter to U.S. Senate Committee on the Judiciary, and Senator Richard Burr and Senator Elizabeth Dole (6 pages)

## CERTIFICATE OF SERVICE

I, <u>Rodney K. Justin</u>, hereby certify that on the 27th day of March 2008, I served a true and correct copy of the above Mandatory Judicial Notice of Petition for Oversight of This Court by the United States Committees on the Judiciary with Exhibit A by Certified Mail, postage fully prepaid and addressed as follows:

Benjamin J. Weir
US Department of Justice
PO Box 227, Ben Franklin Station
Washington, D.C. 20044
Certified Mail: 7006 3450 0001 6639 5427

                                                                    Rodney K. Justin

**EXHIBIT A:**
Letter to U.S. Senate Committee on the Judiciary, and Senator Richard Burr
and Senator Elizabeth Dole
(6 pages)

Certified Mail: <u>7007 0220 0000 2023 1471</u>

Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]

December 20, 2007

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee Admin.Oversight/Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chief Counsels Smith and Bharara:

I, Rodney K. Justin, am seeking assistance regarding the United States Government's perpetual invasion into my family's life. For several years, I have been corresponding with the Internal Revenue Service regarding my alleged tax liability, including, but not limited to the filing of my 1040 tax forms for the years 1997 through 2005. I filed an administrative claim on approximately April 6, 2007. However, I received a letter dated July 10, 2007 from Charles E. Hunter, Special Agent in Charge, Department of the Treasury, Internal Revenue Service Criminal Investigation, stating: *"This office has under consideration a recommendation that criminal proceedings be instituted against you for evasion of assessment of taxes for tax years 2001, 2002, 2003, and 2004 in violation of I.R.C. § 7201,"* and a recommendation that I be prosecuted was submitted in September 2007 to the Department of [J]ustice.

Since then we have filed lawsuits against the United States, Internal Revenue Service (IRS) and others, seeking declaratory and injunctive relief on various grounds. One key issue we have raised is that Congress clearly *prohibits the prosecution* of [t]axpayers for alleged violation of the internal revenue laws (civilly and criminally) at Title 26 U.S.C. § 6213(a), which states in part that "... <u>no ... proceeding in court ... shall be ... prosecuted until such notice (of deficiency) has been mailed to the taxpayer</u> ..." yet, the IRS has failed to comply with this mandatory act of Congress, as we have never been issued a notice of deficiency. Thus, we are of the conviction that we should not be prosecuted for this and other reasons.

We are aware that the federal Courts routinely abuse process to their discretion (especially when the United States is a plaintiff or defendant), and we do not wish to be victims of that abuse. Hence, we have no confidence in the judicial system and are seeking your assistance for oversight of the judiciary so that we might have an equal opportunity to judicially resolve the issues of facts and law raised instead of continually being denied access to the courts. If you could take a few moments from your busy schedule to review this case, it would be greatly appreciated – my life, liberty and property depend on it. Thank you for your kind indulgence and consideration regarding this most serious matter.

**FILED**

07 2334

DEC ? ? 20??

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

- 1 of 2 -

Truly Yours,

_____/S/_____
Rodney K. Justin

**Enclosure:**

Verified Complaint with Exhibits

**Mailed to:**

The Honorable Richard Burr
United States Senate
217 Russell Senate Office Bldg
Washington, D.C. 20510
Certified Mail: <u>7007 0220 0000 2023 1587</u>

The Honorable Elizabeth Dole
United States Senate
555 Dirksen Senate Office Bldg
Washington, D.C. 20510
Certified Mail: <u>7007 0220 0000 2023 1594</u>

Certified Mail: <u>7007 0220 0000 2023 1587</u>

Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]

December 20, 2007

The Honorable Richard Burr
United States Senate
217 Russell Senate Office Bldg
Washington, D.C. 20510

Dear Senator Burr:

I, Rodney K. Justin, am seeking assistance regarding the United States Government's perpetual invasion into my family's life. For several years, I have been corresponding with the Internal Revenue Service regarding my alleged tax liability, including, but not limited to the filing of my 1040 tax forms for the years 1997 through 2005. I filed an administrative claim on approximately April 6, 2007. However, I received a letter dated July 10, 2007 from Charles E. Hunter, Special Agent in Charge, Department of the Treasury, Internal Revenue Service Criminal Investigation, stating: *"This office has under consideration a recommendation that criminal proceedings be instituted against you for evasion of assessment of taxes for tax years 2001, 2002, 2003, and 2004 in violation of I.R.C. § 7201,"* and a recommendation that I be prosecuted was submitted in September 2007 to the Department of [J]ustice.

Since then we have filed lawsuits against the United States, Internal Revenue Service (IRS) and others, seeking declaratory and injunctive relief on various grounds. One key issue we have raised is that Congress clearly *prohibits the prosecution* of [t]axpayers for alleged violation of the internal revenue laws (civilly and criminally) at Title 26 U.S.C. § 6213(a), which states in part that "... <u>*no ... proceeding in court ... shall be ... prosecuted until such notice (of deficiency) has been mailed to the taxpayer*</u> ..." yet, the IRS has failed to comply with this mandatory act of Congress, as we have never been issued a notice of deficiency. Thus, we are of the conviction that we should not be prosecuted for this and other reasons.

We are aware that the federal Courts routinely abuse process to their discretion (especially when the United States is a plaintiff or defendant), and we do not wish to be victims of that abuse. Hence, we have no confidence in the judicial system and are seeking your assistance for oversight of the judiciary so that we might have an equal opportunity to judicially resolve the issues of facts and law raised instead of continually being denied access to the courts. If you could take a few moments from your busy schedule to review this case, it would be greatly appreciated – my life, liberty and property depend on it. Thank you for your kind indulgence and consideration regarding this most serious matter.

Truly Yours,

/s/
_____
Rodney K. Justin

**Enclosure:**

Verified Complaint with Exhibits

**Mailed to:**

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee Admin.Oversight/Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail: <u>7007 0220 0000 2023 1471</u>

The Honorable Elizabeth Dole
United States Senate
555 Dirksen Senate Office Bldg
Washington, D.C. 20510
Certified Mail: <u>7007 0220 0000 2023 1594</u>

Certified Mail: <u>7007 0220 0000 2023 1594</u>

Rodney K. Justin
c/o 620 Virginia Drive
Woodleaf, North Carolina [27054]

December 20, 2007

The Honorable Elizabeth Dole
United States Senate
555 Dirksen Senate Office Bldg
Washington, D.C. 20510

Dear Senator Dole:

I, Rodney K. Justin, am seeking assistance regarding the United States Government's perpetual invasion into my family's life. For several years, I have been corresponding with the Internal Revenue Service regarding my alleged tax liability, including, but not limited to the filing of my 1040 tax forms for the years 1997 through 2005. I filed an administrative claim on approximately April 6, 2007. However, I received a letter dated July 10, 2007 from Charles E. Hunter, Special Agent in Charge, Department of the Treasury, Internal Revenue Service Criminal Investigation, stating: ***"This office has under consideration a recommendation that criminal proceedings be instituted against you for evasion of assessment of taxes for tax years 2001, 2002, 2003, and 2004 in violation of I.R.C. § 7201,"*** and a recommendation that I be prosecuted was submitted in September 2007 to the Department of [J]ustice.

Since then we have filed lawsuits against the United States, Internal Revenue Service (IRS) and others, seeking declaratory and injunctive relief on various grounds. One key issue we have raised is that Congress clearly *prohibits the prosecution* of [t]axpayers for alleged violation of the internal revenue laws (civilly and criminally) at Title 26 U.S.C. § 6213(a), which states in part that "*. . . <u>no . . . proceeding in court . . . shall be . . . prosecuted until such notice (of deficiency) has been mailed to the taxpayer</u> . . .*" yet, the IRS has failed to comply with this mandatory act of Congress, as we have never been issued a notice of deficiency. Thus, we are of the conviction that we should not be prosecuted for this and other reasons.

We are aware that the federal Courts routinely abuse process to their discretion (especially when the United States is a plaintiff or defendant), and we do not wish to be victims of that abuse. Hence, we have no confidence in the judicial system and are seeking your assistance for oversight of the judiciary so that we might have an equal opportunity to judicially resolve the issues of facts and law raised instead of continually being denied access to the courts. If you could take a few moments from your busy schedule to review this case, it would be greatly appreciated – my life, liberty and property depend on it. Thank you for your kind indulgence and consideration regarding this most serious matter.

Truly Yours,

/S/
_____
Rodney K. Justin


**Enclosure:**

Verified Complaint with Exhibits


**Mailed to:**

William Smith, Majority Chief Counsel
Preet Bharara, Minority Chief Counsel
US Committee on the Judiciary
Subcommittee Admin.Oversight/Courts
224 Dirksen Senate Office Building
Washington, D.C. 20510
Certified Mail: 7007 0220 0000 2023 1471

The Honorable Richard Burr
United States Senate
217 Russell Senate Office Bldg
Washington, D.C. 20510
Certified Mail: 7007 0220 0000 2023 1587