IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RODNEY K. JUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 1:07-cv-02334 |
| ) | |
| UNITED STATES, a federal ) | |
| corporation DEPARTMENT OF THE ) | |
| TREASURY; THE INTERNAL REVENUE ) | |
| SERVICE; THE DEPARTMENT OF ) | |
| JUSTICE; TITLE 26 U.S.C. §7201; ) | |
| TITLE 26 U.S.C. §7203; TITLE 26 ) | |
| U.S.C. § 7851; LEANNA JARRELLS, in ) | |
| her official capacity; RON BROWN ) | |
| in his official capacity; BOBBY ) | |
| MARTENS in his official capacity; ) | |
| and DOES 1 through 5, inclusive, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MANDATORY JUDICIAL NOTICE OF THE 110TH CONGRESS' H.R. 25 "FAIR TAX ACT OF 2007"**

This case concerns plaintiff's tax protestor challenges regarding his federal tax liabilities. In support, he has submitted text of unenacted legislation that would abolish the Internal Revenue Service. (Pl.'s Notice, Ex. A.) The unenacted bill from the House of Representatives has no import as it is has neither been passed by Congress or signed into law by the President. Indeed, "the Constitution is quite explicit about the procedure that Congress must follow in legislating." Am. Hospital Ass'n v. N.L.R.B., 499 U.S. 606, 616 (1991). Plaintiff's "mandatory judicial notice" must be disregarded *in toto*.

Dated: March 31, 2008

                                        Respectfully submitted,

                                             /s/ Benjamin J. Weir
                                        BENJAMIN J. WEIR (D.C. Bar No. 494045)
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 227
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 307-0855
                                        Fax: (202) 514-6866
                                        benjamin.j.weir@usdoj.gov

                                        *Counsel for the United States, Department of the Treasury, Internal Revenue Service, Department of Justice, Title 26 U.S.C. §7201, Title 26 U.S.C. § 7203, Title 26 U.S.C. § 7851, Leanna Jarrells, Ron Brown, Bobby Martens, and Does 1 through 5.*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on March 31, 2008 a copy of the foregoing was served upon the following via postage prepaid U.S. Mail:

>RODNEY K. JUSTIN
>Plaintiff *pro se*
>620 Virginia Drive
>Woodleaf, NC  27054.

/S/ Benjamin J. Weir
BENJAMIN J. WEIR